UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELON JOHNSON and
BETTY JOHNSON,

    Plaintiffs,                           Case No.:  2:12-cv-15539-AC-MJH

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a/k/a NEW ENGLAND
COMPOUNDING CENTER,

    Defendant.
_____/

## **NOTICE OF STAY BY REASON OF BANKRUPTCY**

      The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**

BY:  /s/ David L. Campbell
      DAVID L. CAMPBELL (P66287)
      CARMEN M. BICKERDT  (P62874)
      Attorneys for New England Compounding
       Pharmacy, Inc.
      41000 Woodward Avenue, Suite 200 East
      Bloomfield Hills, MI 48304
      (248) 205-3300
      david.campbell@bowmanandbrooke.com
      carmen.bickerdt@bowmanandbrooke.com

## CERTIFICATE OF SERVICE

I certify that on December 26, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY:  /s/ David L. Campbell
DAVID L. CAMPBELL (P66287)
CARMEN M. BICKERDT  (P62874)
Attorneys for New England Compounding
 Pharmacy, Inc.
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300
david.campbell@bowmanandbrooke.com
carmen.bickerdt@bowmanandbrooke.com